AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ashlie Jeremie | ) | Case No. |
| | ) | ~~26-mj-4288-DHH~~ |
| | ) | 26-MJ-4228-DHH |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _May 18, 2026_ in the county of _Suffolk_ in the _____ District of _Massachusetts_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 930(a) | Knowing possession or cause to present a firearm or other dangerous weapon in a federal facility |

This criminal complaint is based on these facts:

See attached Affidavit of Federal Protective Service Special Agent David Durfee.

☑ Continued on the attached sheet.

_David Durfee_
_Complainant's signature_

Durfee
David ~~Durfree~~, Special Agent, FPS
_Printed name and title_

~~Subscribed and~~ sworn to via telephone in accordance with
Federal Rule of Criminal Procedure 4.1.

Date: **May 19, 2026**

_Load H. Kennedy_
_Judge's signature_

City and state:   Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
_Printed name and title_