**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **UNITED STATES**<br><br>**v.**<br><br>**ASHLIE JEREMIE** | **26-MJ-4228-DHH** |

### ASSENTED-TO MOTION FOR FURTHER DETENTION HEARING

Now comes the defendant Ashlie Jeremie with the assent of the government and moves this Honorable Court to schedule the matter for a further detention hearing in approximately two weeks. The parties have conferred and are available during the mornings on July 1st and July 2nd. Should those dates not be available the defendant requests a hearing the week of July 6th at a mutually convenient time.

Mr. Jeremie requests a further detention hearing in anticipation that he will be able to present more information about a release plan by that point. A case worker contracted with the Commonwealth of Massachusetts' Department of Mental Health is working on securing housing for Mr. Jeremie. The case worker met with Mr. Jeremie for an assessment on June 15th.  The case worker has advised that a decision on any housing plan may be reached within approximately two weeks.

Respectfully Submitted,
ASHLIE JEREMIE
By his attorney,
*/s/ Joshua Hanye*
Joshua Hanye
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
Joshua_Hanye @fd.org

**<u>Certificate of Service</u>**

I, Joshua Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").


Date: <u>June 16, 2026</u>                                    */s/ Joshua Hanye*
                                                              Joshua Hanye