UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                           )
v.                         )
                           )    26-MJ-4228-DHH
ASHLIE JEREMIE,            )
                           )
                           )
            Defendant      )
                           )
                           )
_____)

**ORDER TRANSFERRING MISDEMEANOR PROSECUTION
TO A DISTRICT JUDGE**

July 17, 2026

Hennessy, M.J.

Defendant, Ashlie Jeremie, is charged by criminal complaint with Knowing Possession of a Firearm or Other Dangerous Weapon in a Federal Facility, a class A Misdemeanor. Jeremie initially appeared on the complaint on May 19, 2026, the day after his arrest. At the initial appearance, I assigned the Federal Public Defender to represent Jeremie, and the United States moved for detention pursuant to the Bail Reform Act. Following a detention hearing on May 27, 2026, the Court took the Government's motion for detention under advisement and invited counsel to supplement the record. Thereafter, I granted motions to continue the detention hearing, ultimately to July 6, 2026, at which time I denied the Government's motion and ordered Jeremie released on conditions.

1

2

At the conclusion of the July 6, 2026 proceedings, Defendant moved that the case be transferred to a district judge for trial.  In accordance with Fed. R. Crim. P. 58(b)(3)(B), and 18 U.S.C. §3401(b), the case is hereby Ordered transferred to a district judge of this Court for all further proceedings.

/ s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge

2